Dismissed and Memorandum Opinion filed September 2, 2004









Dismissed and Memorandum Opinion filed September 2,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00809-CV

____________

 

SUNRISE COLONY COMPANY and ROYAL
OAKS HOMES, L.P., Appellants

 

V.

 

TAMARA J. ITTNER, Appellee

 



 

On Appeal from the
281st District Court

Harris County, Texas

Trial Court Cause No.  03-61896

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 21, 2004.

On August 27, 2004, the parties filed an agreed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 2, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.